# LEE LITIGATION GROUP, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-661-0052
                    rony@leelitigation.com

September 3, 2025

**VIA ECF**

The Honorable Judge Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15D
New York, New York 10007

Granted.

SO ORDERED:

9/4/2025  _[signature]_

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    Stay of Deadlines Pending Mediation
       *H.L. et al. v. Hornblower Group, Inc. et al.*
       Case No.: 1:25-cv-03019-AT

Dear Judge Torres:

    We are counsel to Plaintiffs in the above-captioned action and write jointly with Defendants to respectfully request that the Court stay the deadlines in this case pending the outcome of the S.D.N.Y. mediation to which the Court has referred the parties. Given the parties' intent to attempt to resolve their dispute in this manner, a stay would help conserve their time and resources, and possibly those of the Court as well. The Mediation Office has yet to assign a mediator, so the parties do not yet have a specific date for the mediation, but they intend to expedite the process as much as possible.

    We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ Rony Guldmann*
Rony Guldmann, Esq.

*/s/ Joseph Lynett*
Josephy Lynett, Esq.

*/s/ Alba Aviles*
Alba Aviles, Esq.

cc:    All parties via ECF