

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ  07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1058

**Writer's E-mail:**
aaviles@fisherphillips.com

September 12, 2025

*<u>VIA ECF</u>*

The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 18D
New York, New York 10007

> Denied.  The Court still would like to hold a brief case management conference.  The Court will, however, reschedule the conference to accommodate counsel's conflict.
>
> SO ORDERED:
>
> 9/12/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

   Re: *H.L. et al. v. Hornblower Group, Inc. et al.*
     *Case No.: 1:25-cv-03019-AT*

Dear Judge Lehrburger:

  Our firm represents Defendant HNY Ferry II, LLC, improperly pled as Hornblower Group, Inc. d/b/a NYC Ferry. We write jointly with Plaintiffs and Defendant New York City Economic Development Corporation ("NYCEDC") to respectfully request an adjournment of the Case Management Conference set for September 24, 2025 at 10:00 a.m. before Your Honor. The parties request this adjournment because the case was referred to the Southern District of New York's Mediation Program (ECF No. 27) and discovery was stayed (ECF No. 30). Further, scheduling conflicts prohibit counsel for Defendant NYCEDC to attend the Case Management Conference on September 24, 2025.

  We thank Your Honor for considering our request.

              Respectfully submitted,

              _____
              Alba V. Aviles
              For FISHER & PHILLIPS LLP

cc: All parties via ECF

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills