USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.L., by his parent C.L.; C.L., individually and on behalf of H.L., *on behalf of themselves all others similarly situated*,

Plaintiffs,

-against-

HORNBLOWER GROUP, INC. d/b/a/ NYC FERRY, and NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,

Defendants.

25 Civ. 3019 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

Because the parties report that a recent settlement conference held before the Honorable Robert W. Lehrburger was productive, and that the parties are finalizing settlement negotiations, *see* ECF No. 60, the case management conference currently scheduled for July 13, 2026, is ADJOURNED *sine die*. By **August 7, 2026**, the parties shall file a further status update.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge