USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.L., by his parent C.L.; C.L., individually and on behalf of H.L., *on behalf of themselves all others similarly situated*,

Plaintiffs,

-against-

HORNBLOWER GROUP, INC. d/b/a/ NYC FERRY, and NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,

Defendants.

25 Civ. 3019 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

By order dated July 7, 2026, the Court ordered the parties to file a status update regarding settlement by August 7. *See* ECF No. 61. That submission is now overdue. Accordingly, by **August 25, 2026**, the parties shall file a joint status update regarding the progress of settlement discussions.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge